# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Staffing Master.com*
Attn:   President/CEO and
1188 Bell Road, Suite 206
Chargrin Falls, OH 44022-6101


_____
Mary E. Augustine (No. 4477)

619731v1